# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:                                    :

DROGUERIA RIO PIEDRAS, INC                           :          CASE NO. 98-09487 (SEK)

                                                     :

Debtor(s)                                            :          CHAPTER 7
_____              :          ASSET CASE

### NOTICE OF PAYMENT OF FUNDS INTO THE REGISTRY OF THE COURT

TO THE HONORABLE

Comes now, Wigberto Lugo Mender, duly appointed trustee in the above captioned case, hereby shows the following:

1.     In accordance with U.S.C. Section 347(a), payment has been stopped on all checks of the estate, which remain unpaid, as identified in Paragraph 2. The total sum of the check is $3,194.21, which has been deposited with the Court for disposition pursuant to 28 U.S.C Section 2041 et. Seg.

2.     Pursuant to Federal Rule of Bankruptcy Procedure 3011, the last known name and address of each entity who final dividend check has not been presented for payment and the amount that such entity is entitled to be paid from the property of the Estate which has been paid into the Court is as follows:

|                                                             |            |
|-------------------------------------------------------------|------------|
| Forest Pharmaceutical, Inc.<br>13622 Lakefront Drive<br>Hazelwood, MO 63043 | $16.05     |
| Anda Generics, Inc.<br>3436 University Drive<br>Fort Lauderdale, FL 33328 | $3,178.16  |

I HEREBY CERTIFY having sent a copy of this document by first Class U.S. Mail to the

U.S. Trustee's Office at their address of record.

RESPECTFULLY SUBMITTED

This _____ day of February of 2002 in Guaynabo, Puerto Rico.

WIGBERTO LUGO MENDER
CHAPTER 7 TRUSTEE
PMB 241
3071 Alejandrino Ave.
Guaynabo, PR 00969-7035
Tel. (787) 708-0333
Fax. (787) 708-0330

**Wigberto Lugo, Trustee**
PMB 241 3071 Alejandrino Ave.
Guaynabo, PR 00969-7035

Case #   98-09487
Acct     GENERAL ACCOUNT
Case     DROGUERIA RIO PIEDRAS, INC.

BANCO SANTANDER P.R.
SAN JUAN, PR 00936-2589
101-234/215

VOID AFTER 90 DAYS

DATE   02/01/2002   CHECK NO.   10904

PAY   THREE THOUSAND ONE HUNDRED NINETY-FOUR AND 21 / 100 DOLLARS          $3,194.21

DESCRIPTION  UNCLAIMED FUNDS

TO THE
ORDER
OF

U.S. BANKRUPTCY COURT

Trustee

U.S. Patent No. 5,788,285, and Patents Pending

⑈00 10904⑈ ⑆02 150 234 ⑈ ⑈3 104 584 828⑈

**Wigberto Lugo, Trustee**
PMB 241 3071 Alejandrino Ave.
Guaynabo, PR 00969-7035

Case      DROGUERIA RIO PIEDRAS, INC.
Case #    98-09487

CONTROL NO.   10904

DATE   02/01/2002   CHECK NO.   10904

PAID          $3,194.21

PAID TO   U.S. BANKRUPTCY COURT          DESCRIPTION   UNCLAIMED FUNDS

ACCT NO  3104584828

Igberto Lugo, Trustee
MB 241 3071 Alejandrino Ave.
Jaynabo, PR  00969-7035

Case        DROGUERIA RIO PIEDRAS, INC.
Case #      98-09487

CONTROL NO.    10904

DATE    02/01/2002    CHECK NO.    10904

PAID    $3,194.21

PAID TO    U.S. BANKRUPTCY COURT

DESCRIPTION    UNCLAIMED FUNDS

NON-NEGOTIABLE

ACCT NO  3104584828